IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| HUBIE R. HUNTSMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-3471-CV-S-SWH |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Plaintiff filed a Motion for Application for Attorney's Fees Under Equal Access to Justice Act (doc. # 19) seeking an award of $2, 201.60 for attorney fees, expenses of $44.70 and $150.00 for the filing fee. The attorney fee request seeks recovery for 17.2 hours of attorney time at the rate of $128.00 per hour.

Defendant agrees that attorney fees and expenses of $2,246.30 should be awarded under the Equal Access to Justice Act (EAJA). However, defendant asks that costs in the amount of $150.00, which represents plaintiff's filing fee, be awarded from the Judgment Fund administered by the United States Treasury Department. (Doc. # 20) Therefore, it is

ORDERED that plaintiff's Motion for Application for Attorney's Fees Under Equal Access to Justice Act, doc. # 19, is granted. Attorney fees and expenses of $2,244.30 are awarded under the EAJA; it is further

ORDERED that pursuant to 31 U.S.C. § 1304 plaintiff is reimbursed $150.00 for the United States District Court filing fee from the Judgment Fund administered by the United States Treasury Department.

                                                                                  /s/ *Sarah W. Hays*
                                                                                  SARAH W. HAYS
                                                       UNITED STATES MAGISTRATE JUDGE