IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| HUBIE R. HUNTSMAN, ) | |
|     Plaintiff, ) | |
|   v. ) | No. 04-3471-CV-S-SWH |
| ) | |
| JO ANNE B. BARNHART ) | |
| *Commissioner of Social Security,* ) | |
|     Defendant(s). ) | |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

  **IT IS ORDERED**

    that plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, doc. #19, is granted. Attorney fees in the amount of $2,244.30 are hereby awarded; it is further

    ORDERED that pursuant to 31 U.S.C. Section 1304 plaintiff reimbursed $150.00 for the United States District Court filing fee from the Judgment Fund administered by the United Stats Treasury Department.

| | |
|---|---|
| December 16, 2005 | Patricia L. Brune |
| Date | Clerk |
| | |
| | */s/ Bonnie J. Rowland* |
| | (by) Deputy Clerk |